UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Moher,<br><br>    Plaintiff,<br><br>    -against-<br><br>Zip Co. US Inc,<br><br>    Defendant. | 25-cv-4576 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    Defendant is directed to file any response to plaintiff's discovery motion, Dkt. 22, by November 13 at 5 p.m.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge