UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

James Moher,

                              Plaintiff,

              -against-

Zip Co. US Inc.,

                              Defendant.

25-CV-4576 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Both sides' requests for a conference are DENIED.

It appears from both sides' letters that the parties are fishing for information that doesn't exist or isn't relevant or necessary to their claims and defenses in this case. Plus, if there were questions about the factual basis for either side's contentions, or about how summaries were prepared, how they are used, and what information they were based on, that would be the proper subject of a Rule 30(b)(6) deposition (or maybe just good old-fashioned questions to opposing counsel). Have the parties done this? Have they taken any depositions? Because the deadline for Rule 30(b)(6) depositions, based on the parties' own proposal, Dkt. 29, is on February 15, 2026. And the remaining deadlines for discovery follow soon after that.

For the avoidance of doubt, neither side will be permitted to use any information that wasn't timely produced in discovery, and neither side will be permitted to argue for a deficiency in the other side's proof if it could have been augmented by documents that are in that side's possession. And if the Court figures out that any party has willfully failed to produce plainly relevant and necessary discovery, including evidence whose existence or need is revealed in depositions, then there will be consequences. The Court's advice is to press ahead with depositions, and if either side believes that the depositions taken reveal a discovery failure, they can bring that to the Court's attention after meeting and conferring. But given the pace of the parties' own proposed schedule, it would appear that there are bigger fish to fry here.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 30 and 31.

        SO ORDERED.

Dated: February 5, 2026
        New York, New York

                              _____
                              ARUN SUBRAMANIAN
                              United States District Judge