

The Law Office of **Matthew T. Miklave**, PLLC

April 29, 2026

**By ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: Moher v. Zip Co. US Inc., No. 25-cv-04576 (AS)

**PLAINTIFF'S LETTER APPLICATION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

Dear Judge Subramanian:

Plaintiff James Moher ("Mr. Moher") respectfully submits this letter application pursuant to Paragraph 11 of the Court's Individual Practices seeking leave to file materials in connection with his motion for partial summary judgment under seal. Paragraph 11 provides that a party seeking to file a document under seal or in redacted form must file a public letter-motion explaining the basis for the request, publicly file redacted versions where appropriate, and contemporaneously file under seal the unredacted materials with the appropriate restriction level on ECF.

This request is made because certain materials cited in the summary judgment papers were designated "Confidential" by the producing party (Zip, not Mr. Moher) under the Stipulation and Protective Order entered in this case. That Order states that Confidential Discovery Material filed with the Court, and portions of motion papers disclosing such material, shall be filed under seal, while also directing the filing party to publicly file redacted copies that redact only the Confidential Discovery Material itself.

Mr. Moher does **not contend** that sealing is required as a matter of the common-law or First Amendment standards applicable to judicial documents. Rather, Mr. Moher filed the motion under seal only because the materials produced by Zip were all marked "confidential" and the Protective Order directs them to be filed under seal in the first instance.

2 Belden Avenue
P.O. Box 2094
Norwalk, Connecticut 06852
(203) 434-4093

Email: Matt@Miklavelaw.com
www.Miklavelaw.com

Hon. Arun Subramanian
April 29, 2029
Page 2

Mr. Moher respectfully submits that the interests in maintaining their confidentiality **do not**, in fact, outweigh the strong presumption of public access that applies to judicial documents such as summary judgment filings. In Mr. Moher's view, the nature of the information at issue and its importance to the Court's adjudication of dispositive issues favor transparency, not secrecy, and any sealing should therefore be narrowly tailored and temporary, if permitted at all.  Nevertheless, in light of the current Confidentiality Order and this Court's rules, Mr. Moher respectfully requests leave to: (1) file under seal unredacted versions of those summary judgment papers and exhibits that disclose Confidential Discovery Material; and (2) file on the public docket redacted versions that redact only the portions reflecting such designated material.

To the extent it would assist the Court in reviewing the summary judgment record, Mr. Moher is also prepared to provide Chambers, through the Court Security Officers consistent with the Court's Individual Practices, with hard copy, unredacted courtesy sets of the motion papers and exhibits that are being filed under seal on ECF. Mr. Moher will, of course, do so only if and as the Court directs.

Finally, Mr. Moher requests the Court set the deadline for responses to the motion for partial summary judgment and the deadline for any reply, as the current March 20, 2026 endorsed Scheduling Order does not expressly provide for the same.

Respectfully submitted,

**THE LAW OFFICE OF MATTHEW T. MIKLAVE, PLLC**

*Matt Miklave*
_____
Matthew T. Miklave
Attorney-at-Law

MTM:mm

Defendant is directed to file a letter-brief within seven days to justify sealing of plaintiff's motion for summary judgment. Should defendant not file any brief, the Court will order the filings unsealed.

Deadlines for responses and replies to the motion for summary judgment are governed by Local Civil Rule 6.1(b). Plaintiff's counsel is directed to review both the local rules and the Court's individual practices to avoid unnecessary requests.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2026