UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James Moher, | |
| Plaintiff, | 25-CV-4576 (AS) |
| -against- | |
| Zip Co. US Inc, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The motion to seal is GRANTED IN PART. The Court agrees with defendant that the six documents containing the most sensitive proprietary information should remain under seal. In addition, defendant may make narrow redactions to the three additional exhibits to the extent they reference or incorporate proprietary information from the documents to remain under seal. As no party argues for the sealing of the remainder of documents placed under seal by plaintiff, the Court plans to unseal them.

Within seven days of this order, the parties should meet and confer and (1) place on the public docket redacted versions of the three documents addressed above that are to be partially redacted and (2) submit a joint letter to the Court stating which documents the parties agree can be unsealed in their entirety. The Court can then order those documents unsealed.

Plaintiff is reminded to meet and confer with defendant before filing any documents under seal to try to narrow the documents requiring sealing, as stated in the Court's Individual Practices.

Defendant is reminded that it has still failed to docket unredacted (but provisionally sealed) versions of the documents it emailed to Chambers last week along with a motion to seal. As the Court advised by email, the Court's Individual Practices require submission of the unredacted files onto the docket, provisionally under seal, accompanied by a motion to seal. Defendant is ordered to docket the sealed files within seven days of this order. For any future filings, the sealed, unredacted files should be docketed at the same time as the redacted versions (and prior to the deadline for any filing), accompanied by a motion to seal.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 40.

SO ORDERED.

Dated: May 8, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge